

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 30, 2008

By Fax

Hon. Stephen C. Robinson
United States District Judge
United States Courthouse
300 Quarropas Street, Room 633
White Plains, New York 10601

**MEMO ENDORSED**

    Re: <u>Virginia Butler Singleton v. Astrue</u>
        08 Civ. 2784(SCR)

Dear Judge Robinson:

    This Office represents the Commissioner of Social Security, defendant in the above-captioned action. We write respectfully, with the consent of plaintiff's counsel, to request an extension of defendant's time to answer the complaint.

    The answer is currently due on May 30, 2008. To date, we not received the administrative record in this case. Without a copy of the certified administrative record, this Office cannot assess the merits of the action nor answer plaintiff's complaint. <u>See</u> 42 U.S.C. § 405(g). In view of the foregoing, we respectfully request that defendant's time to answer or move with respect to complaint be extended sixty days, to July 29, 2008. No previous extensions have been sought in this case.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**APPLICATION GRANTED**

*Stephen C Robinson*

HON. STEPHEN C. ROBINSION  6/2/08

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
JOHN E. GURA JR.
Assistant United States Attorney
Telephone: (212) 637-2712
Fax: (212) 637-2750

cc: Ellen Parker Bush, Esq.
 (By Fax)