

**ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.,
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2712
Fax: (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
VIRGINIA BUTLER SINGLETON,        :
                                  :
                                  :
              Plaintiff,          :
                                  :
       - v. -                     :
                                  :   STIPULATION AND ORDER
                                  :   08 Civ. ~~2734~~ (SCR)
MICHAEL J. ASTRUE,                :        2784
Commissioner of                   :
Social Security,                  :
                                  :
              Defendant.          :
                                  :
- - - - - - - - - - - - - - - - -x

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from July 29, 2008 to and including September 29, 2008.  This extension is requested

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

because defendant's counsel has not yet been able to complete his review of the administrative record. One previous extension has been granted in this case.

Dated: New York, New York
      July 11, 2008

                      LEGAL SERVICES OF THE
                      HUDSON VALLEY, INC.
                      Attorneys for Plaintiff

By: _____
     ELLEN PARKER BUSH, ESQ.
     30 South Broadway, 6th Floor
     Yonkers, New York 10701
     Telephone No. (914)376-3757

     MICHAEL J. GARCIA
     United States Attorney for the
     Southern District of New York
     Attorney for Defendant

By: _____
     JOHN E. GURA, JR.
     Assistant United States Attorney
     86 Chambers Street, 3rd Floor
     New York, New York 10007
     Telephone No.: (212) 637-2712
     John.Gura@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

07-23-08