Robinson, J

ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.,
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2712
Fax: (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
VIRGINIA BUTLER SINGLETON,      :
                                :
                                :
          Plaintiff,            :
                                :
     - v. -                     :
                                :    STIPULATION AND ORDER *extending time*
                                :    08 Civ. 2784 (SCR)
MICHAEL J. ASTRUE,              :
Commissioner of                 :
Social Security,                :
                                :
          Defendant.            :
                                :
- - - - - - - - - - - - - - - -x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from July 29, 2008 to and including September 29, 2008.  This extension is requested



because defendant's counsel has not yet been able to complete his review of the administrative record. One previous extension has been granted in this case.

Dated: New York, New York
July H, 2008

                        LEGAL SERVICES OF THE
                        HUDSON VALLEY, INC.
                        Attorneys for Plaintiff

By: _____
      ELLEN PARKER BUSH, ESQ.
      30 South Broadway, 6th Floor
      Yonkers, New York 10701
      Telephone No. (914)376-3757

      MICHAEL J. GARCIA
      United States Attorney for the
      Southern District of New York
      Attorney for Defendant

By: _____
      JOHN E. GURA, JR.
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York  10007
      Telephone No.: (212) 637-2712
      John.Gura@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:
Aug 4, 2008