

**Legal Services of the Hudson Valley**
Protecting Rights Promoting Justice

30 South Broadway, Yonkers, NY 10701 • Tel. (914) 376-3757 - Fax. (914) 376-8739

August 25, 2008

BY FAX (914) 390-4179

The Honorable Stephen C. Robinson
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

In the Matter of:　Virginia Butler Singleton v. Astrue
　　　　　　　　　　08 Civ. 2784 (SCR)

Dear Judge Robinson:

　　This matter is presently scheduled for a preliminary conference on Friday, September 5, 2008. The Defendant's attorney most recently requested an extension of time through September 29, 2008 to answer the complaint. Counsel spoke this morning with the Assistant U.S. Attorney who advised that the record has now been received in their office, however, he has not yet had a chance to review the record or to prepare an answer. Both parties respectfully request that the conference be adjourned to allow the U.S. Attorney time to review the record and to consult with his client. With your consent, the conference will be re-scheduled for Friday, October 24, 2008. at 10am.

Thank you for your consideration of this request.

Respectfully,

LEGAL SERVICES OF THE HUDSON VALLEY
Ellen Parker Bush, of counsel
30 South Broadway, 6th floor
Yonkers, New York 10701
(914) 376-3757
Fax: (914) 376-8739

**APPLICATION GRANTED**
*Stephen C Robinson*
HON. STEPHEN C. ROBINSON
8/25/08

LSC
A Funded Agency of the
Legal Services Corporation

**MAIN OFFICE**
90 Maple Avenue
White Plains, NY 10601
Ph: 914.949.1305
Fax: 914.949.6213

**WESTCHESTER**
100 East First St., Suite 810
Mt. Vernon, NY 10550
Ph: 914.813.6880
Fax: 914.813.6890

**DUTCHESS**
29 North Hamilton Street
Poughkeepsie, NY 12601
Ph: 845.471.0058
Fax: 845.471.0244

**ULSTER**
101 Hurley Avenue, Suite 3
Kingston, NY 12401
Ph: 845.331.9373
Fax: 845.331.4813

**ORANGE/SULLIVAN**
123 Grand Street
Newburgh, NY 12550
Tel: 845.569.9110
Fax: 845.569.9120

www.lshv.org
877-LSHV LAW

copy by Fax:

    MICHAEL J. GARCIA
    United State Attorney
    By: John E. Gura, Jr., Esq.
    Assistant United States Attorney
    86 Chambers Street, 3d floor
    New York, New York 10007
    Fax (212) 637-2750